**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CADY NOLAND,

                        Plaintiff,

      -against-                             17 **CIVIL** 5452 (JPO)

                                                  **JUDGMENT**

GALERIE MICHAEL JANSEEN, et al.,

                       Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 1, 2020, the Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
            June 2, 2020

                                                                  **RUBY J. KRAJICK**
                                                                _____
                                                                    **Clerk of Court**
                                 **BY:**
                                                                    **Deputy Clerk**